UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTER-INSURANCE AGENCY SERVICES LTD.,

Plaintiff,

-against-

CITIBANK N.A.,

Defendant.

Case No. 26-cv-3101-PAE

[PROPOSED] ORDER
STAYING ACTION
PENDING ARBITRATION

Pursuant to the stipulation between Plaintiff Inter-Insurance Agency Services Ltd. ("Plaintiff") and Defendant Citibank, N.A. ("Defendant"), and good cause appearing, it is hereby ordered that:

1.      Plaintiff shall submit the claims asserted in this action to final and binding arbitration with Defendant.

2.      This action is hereby stayed pending the conclusion of the arbitration.

3.      The Court shall retain jurisdiction over this action pending the conclusion of the arbitration.

IT IS SO ORDERED.

Dated: May 13, 2026

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Judge